Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−19922−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia P. Obrero
    aka Patricia Panganiban Obrero
    16−16 Split Rock Road
    Fair Lawn, NJ 07410

Social Security No.:
    xxx−xx−5928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        1/8/26
Time:        10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Paul Evangelista, Debtor's Attorney

COMMISSION OR FEES
$6,479.00

EXPENSES
$258.30

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 10, 2025
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Patricia P. Obrero

    Debtor

Case No. 25-19922-JKS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3

Date Rcvd: Dec 10, 2025        Form ID: 137        Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Patricia P. Obrero, 16-16 Split Rock Road, Fair Lawn, NJ 07410-4402 |
| cr | + | TD Bank, N.A., 852 Orleans Road, Charleston, SC 29407-4844 |
| 520818808 | + | Englewood Hospital & Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 520818812 | + | Patrick Obrero, 16-16 Split Rock Road, Fair Lawn, NJ 07410-4402 |
| 520818817 | + | TD Bank, N.A., Po Box 71466, Philadelphia, PA 19176-1466 |
| 520818819 | + | United States Attorney General, Attorney General - United States Dep. of, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520825736 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 10 2025 20:49:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520818801 | + | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 20:50:10 | American Express, Po Box 981537, El Paso, TX 79998-1537 |
| 520870737 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 20:49:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520818802 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 10 2025 20:49:00 | American Honda Finance Corporation, Po Box 168128, Irving, TX 75016-8128 |
| 520818803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 20:50:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520818804 | + | Email/Text: dlewis@csandw-llp.com | Dec 10 2025 20:49:00 | Celentano, Stadtmauer & Walentwicz, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520818805 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 20:50:13 | CitiFinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520904504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 20:50:13 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520818806 | + | Email/Text: mrdiscen@discover.com | Dec 10 2025 20:48:00 | Discover Financial Services, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520818807 | + | Email/Text: dplbk@discover.com | Dec 10 2025 20:49:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520855654 | + | Email/Text: dlewis@csandw-llp.com | Dec 10 2025 20:49:00 | Englewood Hospital & Medical Center, c/o Celentano Stadtmauer & Walentowicz L, 1035 Route 46 East, Suite 208B, P.O. Box 2594, |

District/off: 0312-2             User: admin                      Page 2 of 3

Date Rcvd: Dec 10, 2025            Form ID: 137                  Total Noticed: 31

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Clifton, NJ 07015-2594 |
| 520818809 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2025 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520879995 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2025 20:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520900821 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520818810 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 20:50:23 | Macy's Credit Card, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520864484 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 10 2025 20:50:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520818811 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 10 2025 20:50:07 | Midland Mortgage, 999 Northwest Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 520818814 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2025 20:48:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520818813 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 10 2025 20:49:59 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520818815 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 20:49:55 | Synchrony Bank/CareCredit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520818816 | + Email/Text: bankruptcy@td.com | Dec 10 2025 20:49:00 | TD Bank N.A., 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 520905024 | + Email/Text: bankruptcy@td.com | Dec 10 2025 20:49:00 | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 520818818 | + Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2025 20:49:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 400, Newark, NJ 07102-2527 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor TD Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Paul Evangelista | on behalf of Debtor Patricia P. Obrero pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6