UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Paul Evangelista, Esq.
Counsel for Debtor

Order Filed on January 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia P. Obrero,

          Debtor.

Case No.: 25-19922

Hearing Date: 01/08/2026

Judge: John K. Sherwood

Chapter: 13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 14, 2026

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP , the applicant, is allowed a fee of $ 6,479.00  for services rendered and expenses in the amount of $ 258.30  for a total of $ 6,737.30 . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ 6,737.30  less retainer of $ 2,813.00  equals: $ 3,924.30  (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9 30/2024*

2