SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: PATRICIA P. OBRERO
16-16 SPLIT ROCK ROAD
FAIR LAWN, NJ 07410

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 25-19922**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $88,560.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2025 | $1,300.00 | | 12/05/2025 | $1,300.00 | |
| 01/06/2026 | $1,300.00 | | | | |

**Total Receipts: $3,900.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 234.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,924.30 | 100.00% | 0.00 | 3,924.30 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 16,597.33 | * | 0.00 | |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | RESURGENT CAPITAL SERVICES | UNSECURED | 10,088.20 | * | 0.00 | |
| 0006 | DISCOVER FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER PERSONAL LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ENGLEWOOD HOSPITAL & MEDICAL CEN | UNSECURED | 2,312.48 | * | 0.00 | |
| 0009 | UNITED STATES TREASURY/IRS | PRIORITY | 568.61 | 100.00% | 0.00 | |
| 0010 | MACY'S CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | (NEW) Prepetition A | 4,169.65 | 100.00% | 0.00 | |
| 0013 | SECRETARY OF HOUSING AND URBAN D | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0014 | STATE OF NEW JERSEY, DIVISION OF TA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,114.27 | * | 0.00 | |
| 0016 | TD BANK NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0017 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | ACURA FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0019 | UNITED STATES TREASURY/IRS | UNSECURED | 11.74 | * | 0.00 | |

**Chapter 13 Case # 25-19922**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | CITIBANK NA | UNSECURED | 984.36 | * | 0.00 | |

**Total Paid: $234.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $3,900.00 - Paid to Claims: $0.00 - Admin Costs Paid: $234.00 = Funds on Hand: $3,666.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.